

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York  10278*

December 15, 2025

**BY ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Alberto Tavarez-Chavier et al.*, **25 Cr. 77 (AS)**

Dear Judge Subramanian:

The Government submits this letter with the consent of counsel for defendant Rufino Lopez to respectfully request that the Court schedule a change of plea hearing for Lopez on January 20, 2025 at 10:00am.

In addition, the Government respectfully requests, with the consent of Lopez, that the time between December 17, 2025, and the date of the change of plea hearing, be excluded as to Lopez pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and Lopez in a speedy trial, as the proposed exclusion will allow the parties to finalize a resolution of this case.

Respectfully submitted,

Application GRANTED. A change of plea hearing as to defendant Rufino Lopez will be held on January 20, 2026, at 10:00 AM.

IT IS FURTHER ORDERED that the time between December 17, 2025, and January 20, 2026, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interest of the public and the defendant in a speedy trial, because it will allow the parties to finalize a resolution of the case.

JAY CLAYTON
United States Attorney

By: _____

Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023

cc:    Counsel of record (by ECF)

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: December 16, 2025