UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>                -against-<br><br>Rufino Lopez,<br>                Defendant. | 25-cr-77 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Given defendant's graduation date in May, if both sides agree, the Court will move the sentencing date to June. By **Tuesday, January 27, 2026**, counsel should notify the Court via letter whether the parties consent to an adjournment and if they are available for a sentencing on Monday, June 1 at 10:00 AM.

      SO ORDERED.

Dated:  January 20, 2026
       New York, New York

                                        ARUN SUBRAMANIAN
                             United States District Judge