

— LAW OFFICES OF —
JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

April 8, 2026

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Rufino Lopez, 25 Cr. 00077 (AS)*

Your Honor:

On January 29, 2025, I was appointed to represent Rufino Lopez in the above-captioned matter and pursuant to the Criminal Justice Act ("CJA"). Mr. Lopez was accepted into the Young Adult Opportunity Program ("YAOP") with an anticipated graduation date in 12 months.

I write to respectfully request permission to submit an interim voucher in connection with Mr. Lopez's representation as I have already incurred meaningful attorney's fees with my work to date. It would be extremely helpful should I be allowed to submit an interim voucher as the accrued amount is greater than five thousand dollars ($5,000), in accordance with the CJA eVoucher Attorneys' Manual.

For the Court's convenience, I have included a "So Ordered" line should the Court grant my request. Thank you for your time and consideration.

Respectfully submitted,

GRANTED. The Clerk of Court is respectfully directed to
terminate the motion at Dkt. 49.

s/ Jacqueline E. Cistaro, Esq.

SO ORDERED

_____
Honorable Arun Subramanian, U.S.D.J.
Dated: May 21, 2026