

— LAW OFFICES OF —
## JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

June 2, 2026

*VIA ECF*
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
June 3, 2026

### Re: United States of America v. Rufino Lopez, 25 Cr. 00077 (RA)

Your Honor:

I represent Rufino Lopez in the above-referenced matter and write to respectfully request a modification of Mr. Lopez's pretrial release conditions.  Specifically, we request that his ankle monitor be removed while he is enrolled in the Young Adult Opportunity Program (YAOP) and awaiting a sentencing hearing in 2027.[1]  The government objects to this request and Pretrial Services Officer Dominique Jackson defers to the Court.

On January 29, 2025, Rufino Lopez was arrested and released with the following bail conditions: $150,000 bond, signed by three sureties (mother, father, and best friend), home detention, GPS ankle monitoring, drug testing, and related standard conditions.  *See* Dkt. 8.  Due to his full compliance with all conditions, Pretrial Services recommended and the Court ordered a modification from home detention to curfew on September 9, 2026.

Additionally, since his arrest, Mr. Lopez has voluntarily enrolled in and completed a drug and mental health counseling program, completed a college program at the SAE Institute of Technology, and earned a certification in Audio Engineering.  Further, Mr. Lopez is currently an intern with Quad Recording Studios where he works 30+ hours per week as a General Assistant/Audio Manager and hopes to gain full-time employment with this company in the future.  Lastly, as mentioned earlier in this submission, Mr. Lopez is an active participant in the YAOP with an anticipated graduation date in spring of 2027.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc :    All Counsel and Pretrial Services

---

[1] On December 12, 2025, Pretrial Services Officer Francesca A. Piperato sent an email to all parties wherein she recommended that Mr. Lopez's GPS ankle monitor be removed due to his exceptional compliance with his bail conditions and significant strides in changing his life.  The government objected to this recommendation and the parties agreed to hold the request for the modification in abeyance until after the change of plea hearing in case Mr. Lopez was remanded into custody.  Shortly thereafter, Mr. Lopez was accepted into the YAOP.