UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-77-02 (RA) |
| v. | |
| RUFINO LOPEZ, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On June 3, 2026, the Court modified Mr. Lopez's bail conditions to remove his ankle monitor. For clarification, his condition of curfew enforced by GPS monitoring is also removed.

SO ORDERED.

Dated:     June 5, 2026
              New York, New York

_____
Ronnie Abrams
United States District Judge